**No. 10-10958. Kelvin Summers, Petitioner v. United States.**

565 U.S. 859, 132 S. Ct. 195, 181 L. Ed. 2d 101, 2011 U.S. LEXIS 6138.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 422 Fed. Appx. 838.